UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-29835 |
| Marqus A Berdell | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER AUTHORIZING DISBURSEMENT OF FUNDS AND SHORTEN NOTICE

This cause coming to be heard on Motion of the Debtor for entry of an Order authorizing disbursement of funds and shorten notice; IT IS ORDERED:

The motion is GRANTED as follows:

1. Allstate is authorized to disburse $9,360.32 in insurance funds to the lienholder, Ally Financial and the title will be released to Allstate once proceeds are released to Ally Financial and $7,209.68 to the Debtor.

2. Notice is shortened.

3. No objection to the motion having been lodged within the time required by Local Rule 9013-1F, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: February 02, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600